UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGNUS SODAMIN, et al.

    Plaintiffs,

v.

TRINITY CHURCH, INC., et al.,

    Defendants.
_____/

Case Number
1:16-CV-20049-UU

**INTERIM JOINT STATUS REPORT**

Plaintiffs and Defendants hereby file their Interim Joint Status Report in the above captioned action.

Plaintiffs and Defendants have reached an agreement on settlement and have a fully executed settlement agreement in place.  We expect to file a Stipulation of Dismissal before the end of this month.  Should anything further arise, we will update the Court immediately.


Respectfully submitted on June 17, 2015,

    **s/Robert John McCaffery Jr.**
    Robert John McCaffery Jr.
    (Florida Bar Number: 48136)
    Attorney E-mail: rjm@robertmccafferylaw.com
    Law Offices of Robert McCaffery, P.A.
    1090 Kane Concourse, Suite 206
    Bay Harbor Islands, Florida 33154
    Telephone: (305) 607-2717
    Facsimile: (884) 332-3957
    *Attorney for Plaintiffs Magnus Sodamin, Martin Whatson, Santiago Rubino, Joshua Santos Rivera, Derek Kanterman, Michael Andrew Gran, Luis Berros, and David Anasagasti*

    Andrew Gerber (*admitted pro hac vice*)

1

>Jordan Fletcher (*admitted pro hac vice*)
>Attorney E-mails:
>andrew@kgfirm.com
>jordan@kgfirm.com
>Kushnirsky Gerber PLLC
>115 West 18th Street, 2nd Floor
>New York, NY 10011
>Telephone: (212) 882-1320
>*Attorneys for Plaintiffs Magnus Sodamin, Martin Whatson, Santiago Rubino, Joshua Santos Rivera, Derek Kanterman, Michael Andrew Gran, Luis Berros, and David Anasagasti*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing with the Clerk of the Court using CM/ECF on this 17th day of June, 2016 on all counsel or parties of record on the attached Service List below.

>**s/Robert John McCaffery Jr.**
>Robert John McCaffery Jr.
>(Florida Bar Number: 48136)

## Service List

Emanuel Galimidi
eg@lydeckerdiaz.com
and
Jessica LaFaurie
jlf@lydeckerdiaz.com
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
*Attorneys for Trinity Church and Vous Church, Inc.*