UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGNUS SODAMIN, MARTIN WHATSON, :
SANTIAGO RUBINO, JOSHUA SANTOS RIVERA, :
DEREK KANTERMAN, MICHAEL ANDREW GRAN, :
LUIS BERROS, and DAVID ANASAGASTI :
: Case No. 16-cv-20049-UU
:
Plaintiffs, :
v. :
:
TRINITY CHURCH, INC. and :
VOUS CHURCH, INC. :
:
Defendants. :

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Magnus Sodamin, Martin Whatson, Santiago Rubino, Joshua Santos Rivera, Derek Kanterman, Michael Andrew Gran, Luis Berros, and David Anasagasti and Defendants Trinity Church, Inc. and Vous Church, Inc. by and through their respective counsel agree and stipulate that this action is hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

**s/Robert John McCaffery Jr.**
Robert John McCaffery Jr.
(Florida Bar Number: 48136)
Attorney E-mail: rjm@robertmccafferylaw.com
Law Offices of Robert McCaffery, P.A.
1090 Kane Concourse, Suite 206
Bay Harbor Islands, Florida 33154
Telephone: (305) 607-2717
Facsimile: (884) 332-3957
*Attorney for Plaintiffs Magnus Sodamin, Martin Whatson, Santiago Rubino, Joshua Santos Rivera, Derek Kanterman, Michael Andrew Gran, Luis Berros, and David Anasagasti*

Andrew Gerber (*admitted pro hac vice*)
Jordan Fletcher (*admitted pro hac vice*)
Attorney E-mails:
andrew@kgfirm.com
jordan@kgfirm.com
Kushnirsky Gerber PLLC
115 West 18th Street, 2nd Floor
New York, NY 10011
Telephone: (212) 882-1320
*Attorneys for Plaintiffs Magnus Sodamin, Martin Whatson, Santiago Rubino, Joshua Santos Rivera, Derek Kanterman, Michael Andrew Gran, Luis Berros, and David Anasagasti*


**s/ Emanuel Galimidi**
Emanuel Galimidi
eg@lydeckerdiaz.com
and
Jessica LaFaurie
jlf@lydeckerdiaz.com
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
*Attorneys for Trinity Church, Inc. and Vous Church, Inc.*